*Original Copy*

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Jeffrey M. Rainier SR. #460883
(Name of Plaintiff)    (Inmate Number)

JTVCC
1181 Paddock Rd Smyrna DE 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Officer Kenny Smith
(2) Officer Townsend
(3) LT. Joeseph Johnson
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: 
: 
: 
: 
: 
: _____  8
: (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: 
: 
: **CIVIL COMPLAINT**
: 
: 
: ☑ Jury Trial Requested
: 
: 
: 

FILED
AUG - ? 2008

**I.    PREVIOUS LAWSUITS**

　　A.　If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

　　　　N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (••Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Wrote Grievance, Wrote Appeals for Classification And Appeal for Disciplinary report

2. What was the result? Appeals Were Denied, Grievance was Non-Grievable, Internal Affair DiD An Investigation Outcome unknown.

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Officer Henry Smith

Employed as Correctional Officer at Sussex Correctional Institute

Mailing address with zip code: P.O. Box 500 Georgetown, DE 19947

(2) Name of second defendant: Officer Townsend

Employed as Correctional Officer at Sussex Correctional Institution

Mailing address with zip code: P.O. Box 500 Georgetown, DE 19947

(3) Name of third defendant: LT Joseph Johnson

Employed as LT. Correctional Officer at Sussex Correctional Institution

Mailing address with zip code: P.O. Box 500 Georgetown, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. This is a Complaint for injunctive relief and damages brought Under 42 USC. § 1983 in Connection with the Unprovoked Attack on Plaintiff Jeffrey M. Rainier SR. in March of 2007, A prisoner At STVCC, by Defendants, Officer Kenny Smith, Officer Townsend, LT Joseph Johnson, Warden Phelps. The Attack and placement

2. in isolation (SHU), and by not Allowing him to Call witnesses During his Disciplinary hearing, Was A violation of his Constitutional Rights Under the Eighth Amendment prohibition Cruel and Unusual punishment And the Due process Clause of the Fourteenth Amendment.

3. On March 2007 Approximately 8:30pm Officers Kenny Smith and another Correctional Officer John Doe I (NAME UNKNOWN) Verbally reprimanded me for Talking During medication Call. John Doe I stated that he would Choke me all the way to medical all by himself if I had a problem. I stated that I didn't

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To grant me Judgement of $600,000.00 for emotional, psychological, and physical Damages And Also $1000.00 for every Day Spent in Confinement in the Hole And the (SHU) Since March 2007. To Have officers Terminated. To Have All Court Costs And Attorneys Fees paid.

3

2. To Be Removed from the (SHU) And Housed in proper Classification of Minimum Status.

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25__ day of __July__, 2_008_.

_____Jeffrey M. Rosenier Jr._____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Christine S. Kemp
Notary, July, 30, 2007
DATE

[Seal: CHRISTINE S. KEMP, MY COMMISSION EXPIRES MAY 23, 2009, NOTARY PUBLIC, STATE OF DELAWARE]

4

List And Address of Defendants

4) Warden Phelps
   Employed As: <u>Warden at James T. Vaughn Correctional Center</u>
   Mailing Address: <u>JTVCC 1151 Paddock Rd Smyrna, DE 19977</u>



All Defendants Are Named iN there official Capacities as Well As there individual Capacities.

Continued

Statement of Claim.                                              page 1

have a problem and proceeded to get my medication and returned to my housing unit. Approximatly At 10:20pm, this same night, Officer Kenny Smith came onto my Housing Unit and to my cell, it was Code Red Lock Down During this time. Officer Kenny Smith had Officer Townsend open my cell door from his Control Panel. Officer Townsend was the Officer Assigned to housing unit 3 At the time. I was instructed by Officer Kenny Smith to get my Doc V Neck shirt on and ID card, and to step out of my cell. Once standing outside of my cell Officer Kenny Smith began to reprimand me again for talking in the hallway during medication call. He stated that he did not know what my discipline record consisted of, but Now is your time to talk so He could decide what to do as far as a disciplinary report. I stated that I didnot have Any disciplinary reports at all and that it didn't matter to me one way or another what he did that I just wanted to return to my cell to go back to sleep. Officer Kenny Smith than grabbed me by my shoulders and slammed me against the wall repeatedly hitting my head 5 to 6 times stating that "You don't Give a F--k, is that what your saying, You don't give a F--k." Officer Townsend looked down the teir at him and acted with dilliberate indifference by not stopping Officer Kenny Smith and albwing him to attack me. Officer Kenny Smith finally let go of me and he removed his Capstun and gave it several shakes while I stood there Watching him, I asked him "What are you going to mase me now too?" He then Sprayed me in the face with the Capstun and Hit me in the face knocking

Continued...

Statement of claim                      page 2

my eyeglasses to the floor. At this point I proceeded to defend my self, I was struck in the face several times before I could get away to a safe distance from him. Officer Townsend Approached me at this point and told me to get on the ground and allow him to handcuff me, I did as instructed. At this time officer Townsend sprayed me with mase again. While face down on the Ground, Officer Kenny Smith Kicked or punched my head into the steel cell door. Officer Townsend Kept him off me and told him "That's enough." At this point several other officers Appeared and escorted me to medical.

2) After this I was placed in Behavior Modification, Isolation, While waiting for about 14 days for a disciplinary hearing.

3) Once at my disciplinary hearing, Which was presided over by LT. Joe Johnson, I was not permitted to call any Witnesses or to Question my accusers. I was sent to Solitary Confinement for a period of 60 days, And the report is now permanently on my file to be used against me in Classification procedures.

4) While in Confinement Mike Tig, from Internal Affairs Came to Interview me and Witnesses Concerning the Attack. A letter was written to him by Dale Colbere And multiple Inmates that where present during the Attack, This letter lead to the Investigation. It's final outcome is uncertain to me at this time, But I believe he found Officer Kenny Smith at fault of Excessive force and either Suspended or terminated him.

5) Until my release Officer Kenny Smith Continued to harass me and threaten me.

Continued...
Statement of claim
page 3

5) Due to the Disciplinary Report, which was false, I am being housed in the (SHU) unit at James T Vaughn Correctional Center. I only receive 3 hours recreation per week, and 3 Showers per week. I have been Housed in the (SHU) Since April 4, 2008 And am told I will remain here Until January 2009. I have wrote Warden Phelps and the IBCC to Appeal the decision Which was denied. End of Statement.

6) LT Johnson Conducted Disciplinary Hearing At Which He Did not Allow me to Call Witnesses which Violated my right to Due process.

7) WarDen Phelps Has Disregarded All Correspondence Concerning my Housing in the (SHU)

8) I received bruises on my Shoulders And a Lump on my head As a result of the Beating. And I Also now Taken Medication for Anxiety problems since this incident.

Jeffrey K
1101 Paddock Rd
Smyrna, DE 19977

Legal Mail

Legal Mail

Clerk
U.S. District Court
Lockbox 18
844 North King Street
Wilmington, DE 19801

Legal Mail