To: Clerk
U.S. District Court
lockbox 18
844 N. King Street
Wilmington, DE 19801

From: Jeffrey M. Rainier SR #460832
JVTCC 1181 Paddock Rd.
Smyrna, DE 19977
August, 20 2008

RE: Jeffrey M. Rainier SR #460832

Vs.

Officer Kenny Smith
Et. Al.,
    Defendants

CA 08- 498 GMS

This letter is in reference to Case Jeffry Rainier SR. vs. Officer Kenny Smith Et. Al., Defendants.
   I sent the case into you about 3 weeks ago. I would like for the Court to dismiss it Due to the fact I have Noticed Mistakes on my part And would like the opportunity to Correct it and resubmit it.
   I thank you for your time And Consideration in this matter.

Sincerely,

Jeffry M. Rainier

FILED
AUG 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Jeffrey M. Barnes SR
SBI# 416083    UNIT 21
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk, U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE
19801